No. 10–8308.  STEPHENS *v.* KUBIC ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–8310.  SHAMAH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–8311.  SISTRUNK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–8312.  ACEVEDO-RODRIGUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8313.  TEMPLETON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8315.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8319.  LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8320.  PAMATZ-HUERTA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8322.  PICKARD ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–8323.  CARILLO MORENO, AKA CARRILLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8325.  MUNDY, AKA FRAZIER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–8328.  CETIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–8330.  CANTU, AKA ALARCON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8331.  CHAMBLISS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8334.  CARDENAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8338.  ABUHOURAN *v.* SNIEZEK, WARDEN.  C. A. 3d Cir.  Certiorari denied.